MAG. DOLINGER

# 07 CV 6429

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GOODEARTH MARITIME LTD.,

                Plaintiff,                        07 Civ. _____

- against -                              ECF CASE

BRAVE BULK TRANSPORT LTD.,

                Defendant.

-------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: July 16, 2007
       New York, NY

                        The Plaintiff,
                        GOODEARTH MARITIME LTD.

                        By: _____
                        Charles E. Murphy (CM 2125)
                        Nancy R. Peterson (NP 2871)
                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Ave., Suite 300
                        New York, NY 10170
                        (212) 490-6050
                        (212) 490-6070 (fax)
                        cem@lenmur.com
                        nrp@lenmur.com

RECEIVED U.S.D.C. S.D.N.Y. CASHIERS JUL 16 2007