PAULEY, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GOODEARTH MARITIME LTD.,

           Plaintiff,

- against -

BRAVE BULK TRANSPORT LTD.,

           Defendant.
------------------------------------------------------X

07 Civ. 06429 (WHP)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and all garnishee banks, including but not limited to, American Express Bank, are hereby directed to release Defendant's funds which they restrained pursuant to the Ex-Parte Order and Process of Maritime Attachment and Garnishment issued in the instant action.

Dated: August 7, 2007
       Southport, CT

The Plaintiff,
GOODEARTH MARITIME LTD.

By: _____
Nancy R. Peterson (NP 2871)
LENNON, MURPHY & LENNON, LLC
420 Lexington Ave., Suite 300
New York, NY 10170
Phone (212) 490-6050
Fax (212) 490-6070
nrp@lenmur.com

The Clerk of the Court is directed to mark this case closed.

**SO ORDERED:**

_____
U.S.D.J.
8/9/07